UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*,[1] | Case No. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |
| | **Ref. ECF No. 3577** |

---

| | |
|---|---|
| LUC A. DESPINS, CHAPTER 11 TRUSTEE, | |
| | Adv. Pro. No. 24-05225 (JAM) |
| Plaintiff, | **Ref. Adv. ECF Nos. 1 & 10** |
| v. | |
| CIRRUS DESIGN CORPORATION and QIANG GUO, | |
| Defendants. | |

---

**CIRRUS DESIGN CORPORATION'S MOTION
FOR JUDGMENT ON THE PLEADINGS**

In accordance with that certain *Order Further Amending Avoidance Action Procedures and Scheduling Joint Briefing of Motions to Dismiss and Motions for Judgment on the Pleadings* [ECF No. 3577] (the "Order"), Defendant Cirrus Design Corporation ("Cirrus"), by and through its undersigned counsel, having filed its answer on April 15, 2024 [Adv. ECF No. 10], hereby moves (this "Motion") for judgment on the pleadings pursuant to Rule 12(c) of the Federal Rules

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

ORAL ARGUMENT REQUESTED

DMS_US.366582313.1

of Civil Procedure, as incorporated by Rule 7012 of the Federal Rules of Bankruptcy Procedure. In support of this Motion, Cirrus relies upon and expressly incorporates by reference the supporting Joint Brief (as defined in the Order) filed contemporaneously herewith in main Case No. 22-50073 (JAM).

| | |
|---|---|
| Dated: October 18, 2024 | **FAEGRE DRINKER BIDDLE & REATH LLP** |

*/s/ Richard J. Bernard*
Richard J. Bernard (CT Bar No. 413177)
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 248-3140
Facsimile: (212) 248-3141
Email: richard.bernard@faegredrinker.com

-and-

Josh Peterson
2200 Wells Fargo Center
90 S. 7th Street
Minneapolis, Minnesota 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
Email: josh.peterson@faegredrinker.com

-and-

Jaclyn C. Marasco
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 467-4200
Facsimile: (302)
Email: jaclyn.marasco@faegredrinker.com

*Counsel to Cirrus Design Corporation*