# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HO WAN KWOK, *et al.*,[1] | Case No. 22-50073 (JAM) |
| Debtors. | (Jointly Administered) |
| | |
| LUC A. DESPINS, CHAPTER 11 TRUSTEE, | Adv. Pro. No. 24-05225 (JAM) |
| Plaintiff, | |
| v. | |
| CIRRUS DESIGN CORPORATION and QIANG GUO, | |
| Defendants. | |

## CIRRUS DESIGN CORPORATION'S
## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Cirrus Design Corporation ("Cirrus") in the above captioned action, certifies that the following are corporations, other than the debtor or a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interests:

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

1. Cirrus Industries, Inc.

2. Cirrus Aircraft Limited

3. CAIGA (Hong Kong) Limited

4. China Aviation Industry General Aircraft Co., Ltd.

| | |
|---|---|
| Dated: October 18, 2024 | **FAEGRE DRINKER BIDDLE & REATH LLP** |

<u>*/s/ Richard J. Bernard*</u>
Richard J. Bernard (CT Bar No. 413177)
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 248-3140
Facsimile: (212) 248-3141
Email: richard.bernard@faegredrinker.com

-and-

Josh Peterson
2200 Wells Fargo Center
90 S. 7th Street
Minneapolis, Minnesota 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
Email: josh.peterson@faegredrinker.com

-and-

Jaclyn C. Marasco
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 467-4200
Facsimile: (302)
Email: jaclyn.marasco@faegredrinker.com

*Counsel to Cirrus Design Corporation*